UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br>425 Third Street S.W., Suite 800<br>Washington, DC 20024,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue N.W.<br>Washington, DC 20530-0001,<br><br>and<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY,<br>Office of the General Counsel<br>2707 Martin Luther King Jr. Avenue S.E.<br>Mailstop 0485<br>Washington, DC 20528-0485,<br><br>   Defendants. | Civil Action No. 23-cv-01161-(RDM) |

**JOINT STATUS REPORT**

Plaintiff, Judicial Watch, (Plaintiff) and Defendant, U.S. Defendant of Homeland Security (DHS) section: Cybersecurity and Infrastructure Security Agency (CISA) and U.S. Department of Justice (DOJ) sections: Federal Bureau of Investigation (FBI) and National Service Division (NSD) by and through undersigned counsel, hereby provide the following status report.

DHS – CISA:

Consistent with email communications between Plaintiff and DHS/CISA on November 15, 2022, November 17, 2022, December 14, 2022, and December 15, 2022, and the December 5,

2022, Acknowledgement letter, assigning the CISA Case Number 2023-NPFO-00046 to this request, Defendant DHS has completed its search for potentially responsive records from the Cybersecurity and Infrastructure Security Agency ("CISA") and has located 472 potentially responsive pages.  Defendant DHS anticipates reviewing approximately 300 pages per month beginning in August 2023 and will endeavor to make the first interim release by August 31, 2023.

DOJ- FBI:

    The FBI sent to Plaintiff a "No Records Found" letter (via Federal Express) on July 7, 2023.

DOJ- NSD:

    The NSD sent to Plaintiff a "No Records Found" letter (via email) on May 9, 2023.

    At this time, the Departments do not anticipate the need for an *Open America* stay in this case. The Parties propose deferring the question of whether a *Vaughn* index will be required in this case and whether summary judgment briefing is anticipated until the document productions have concluded.

    The Parties propose to file an additional JSR no later than September 7, 2023, and every 60 days thereafter.

- 3 -

Dated:  July 18, 2023          Respectfully submitted,


Respectfully submitted,

*/s Michael Bekesha*
MICHAEL BEKESHA (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172
mbekesha@judicialwatch.org
*Counsel for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Benton Peterson*
Benton Peterson, DC Bar #1029849
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2518
Email: Benton.Peterson@usdoj.gov
*Counsel for Defendant*